Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-561

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Agnus

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** February 13, 2022
**Nation of 1st Publication:** Russia

## Author

- **Author:** Konstantin Anatolievich Korobov
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Konstantin Anatolievich Korobov
Esenina 13-9 Street, Yekaterinburg, 620000, Russia

## Rights and Permissions

**Name:** Konstantin Anatolievich Korobov
**Email:** kos1604@yandex.ru
**Address:** Esenina 13-9 Street
Yekaterinburg 620000 Russia

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KK2025050901



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-476**

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 07, 2025

## Title

|  |  |
|---|---|
| **Title of Work:** | Memento mori |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 01, 2015 |
| **Nation of 1st Publication:** | Russia |

## Author

|  |  |
|---|---|
| • **Author:** | Konstantin Anatolievich Korobov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Konstantin Anatolievich Korobov |
|  | Esenina 13-9 Street, Yekaterinburg, 620000, Russia |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Konstantin Anatolievich Korobov |
| **Email:** | kos1604@yandex.ru |
| **Address:** | Esenina 13-9 Street |
|  | Yekaterinburg 620000 Russia |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 09, 2025 |
| **Applicant's Tracking Number:** | KK2025050904 |



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-482**

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 07, 2025

## Title ────────────────────────────

**Title of Work:**   Exponatus

## Completion/Publication ────────────────

**Year of Completion:**   2020
**Date of 1st Publication:**   March 07, 2020
**Nation of 1st Publication:**   Russia

## Author ─────────────────────────────

- **Author:**   Konstantin Anatolievich Korobov
  **Author Created:**   2-D artwork
  **Citizen of:**   Russia

## Copyright Claimant ──────────────────

**Copyright Claimant:**   Konstantin Anatolievich Korobov
Esenina 13-9 Street, Yekaterinburg, 620000, Russia

## Rights and Permissions ──────────────

**Name:**   Konstantin Anatolievich Korobov
**Email:**   kos1604@yandex.ru
**Address:**   Esenina 13-9 Street
Yekaterinburg 620000 Russia

## Certification ───────────────────────

**Name:**   David Denholm
**Date:**   May 09, 2025
**Applicant's Tracking Number:**   KK2025050906



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-714

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:** Pelts

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 02, 2024
**Nation of 1ˢᵗ Publication:** Russia

## Author

- **Author:** Konstantin Anatolievich Korobov
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Konstantin Anatolievich Korobov
Esenina 13-9 Street, Yekaterinburg, 620000, Russia

## Rights and Permissions

**Name:** Konstantin Anatolievich Korobov
**Email:** kos1604@yandex.ru
**Address:** Esenina 13-9 Street
Yekaterinburg 620000 Russia

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KK2025050903



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-437

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 07, 2025

---

## Title
_____

**Title of Work:**   Arrow

## Completion/Publication
_____

**Year of Completion:**   2023
**Date of 1st Publication:**   March 07, 2023
**Nation of 1ˢᵗ Publication:**   Russia

## Author
_____

- **Author:**   Konstantin Anatolievich Korobov
  **Author Created:**   2-D artwork
  **Citizen of:**   Russia

## Copyright Claimant
_____

**Copyright Claimant:**   Konstantin Anatolievich Korobov
Esenina 13-9 Street, Yekaterinburg, 620000, Russia

## Rights and Permissions
_____

**Name:**   Konstantin Anatolievich Korobov
**Email:**   kos1604@yandex.ru
**Address:**   Esenina 13-9 Street
Yekaterinburg 620000 Russia

## Certification
_____

**Name:**   David Denholm
**Date:**   May 09, 2025
**Applicant's Tracking Number:**   KK2025050902

