**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KONSTANTIN ANATOLIEVICH KOROBOV,

    Plaintiff,                                        Case No.: 1:26-cv-01646

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | muxiudong ART |
| 2 | 邢凋商贸 |
| 3 | テリレイ・トレーディング |
| 4 | H-WoLL STORE |
| 5 | CHENQYyisu |
| 6 | enjoyhappyHome |
| 7 | OOOLOVE |
| 8 | Onenteel |
| 9 | Moneteeet |
| 10 | zhangvv |
| 11 | ArtisHome |
| 12 | POSTERAMI |
| 13 | O ART Canvas painting |
| 14 | CQCSFZQ |
| 15 | YoucaiStudio |
| 16 | Art print a |
| 17 | Ahong Canvas Art Boutique |
| 18 | Colorful Emotions |
| 19 | CJJC Art Canvas Poster |
| 20 | PosterVerseA |
| 21 | Hanging print KA |
| 22 | ZHU PTING ZHU A |
| 23 | Achilles Chen |
| 24 | Colorful canvas painting shop |

| 25 | G Paint your life painting |
|----|----|
| 26 | Continuous painting |
| 27 | OY Art Canvas Painting |
| 28 | The Illustration Society |
| 29 | Douding Studio |
| 30 | Luey |
| 31 | CAI Art Studio |
| 32 | OV ART |
| 33 | Dream Canvas Direct Sales |
| 34 | A Ling GG |
| 35 | Nathaniel Gallery |
| 36 | VisualCraft Studio |
| 37 | Artistic Light Canvas |
| 38 | XiaomeiAbc |
| 39 | Its a beautiful canvas painting |
| 40 | HGMYZY |
| 41 | JMLMM |
| 42 | Wall Tale |
| 43 | xiky zheng |
| 44 | peiqifanbuhua |
| 45 | Chen painting |
| 46 | iconic i |
| 47 | Uzi Garelly |
| 48 | Q M Canvas Studio |
| 49 | Warm Canvas Painting |
| 50 | Art canvas painting player |
| 51 | ENSIX |
| 52 | Peter Art |
| 53 | EIRIOIA |
| 54 | Reiezer ART |
| 55 | ZAA Canvas Studio |
| 56 | CIRIOIA |
| 57 | B Good luck art |
| 58 | PosterVerseB |
| 59 | Serenity Oasisp |
| 60 | XM ART |
| 61 | kunG Art |
| 62 | HAPPY CHILDHOOD TIN |
| 63 | Ethereal Canvas Gallery |

| | |
|---|---|
| 64 | PAINTING JOURNEY WITHOUT BORDERS |
| 65 | Good luck decorative painting |
| 66 | HWX wall art |
| 67 | QIN PTING QIN |
| 68 | Q Distant decorative painting |
| 69 | I Grateful Decorative painting |
| 70 | XWusjlsdkvjls |
| 71 | canvas painting art ko |
| 72 | Cozystoe S |
| 73 | Poster painting |
| 74 | Summer DDD |
| 75 | Pascal MALL |
| 76 | ART BACTERIA |
| 77 | Colorful canvas |
| 78 | Summer Huang |
| 79 | ArtVoyage Creations |